**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number *(if known)* _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee | Joel<br>First name<br><br>Middle name<br><br>Molina<br>Last name<br><br>Suffix (Sr., Jr., II, III) | Jessica<br>First name<br><br>Middle name<br><br>Rodriguez<br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>8</u> <u>8</u> <u>7</u> <u>8</u><br>OR<br>**9** xx – xx – ___ ___ ___ ___ | xxx – xx – <u>5</u> <u>1</u> <u>1</u> <u>1</u><br>OR<br>**9** xx – xx – ___ ___ ___ ___ |

Debtor 1   Joel _____ Molina _____   Case number (if known) _____
          First Name   Middle Name   Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and doing business as names | ☐ I have not used any business names or EINs | ☐ I have not used any business names or EINs |
|  | _____ <br> Business name | _____ <br> Business name |
|  | _____ <br> Business name | _____ <br> Business name |
|  | ‾E‾I‾N‾ _ _ _ — _ _ — _ _ _ _ | ‾E‾I‾N‾ _ _ _ — _ _ — _ _ _ _ |
|  | ‾E‾I‾N‾ _ _ _ — _ _ — _ _ _ _ | ‾E‾I‾N‾ _ _ _ — _ _ — _ _ _ _ |

**5. Where you live**

If Debtor 2 lives at a different address:

235 Durham Dr.
_____
Number     Street

_____
Number     Street

Steger _____ IL   60475
City _____ State  ZIP Code

_____
City _____ State  ZIP Code

Will
_____
County

_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number     Street

_____
Number     Street

_____
P O Box

_____
P O Box

_____
City _____ State  ZIP Code

_____
City _____ State  ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U S.C. § 1408.)

_____
_____
_____

*Check one.*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain
(See 28 U S C § 1408.)

_____
_____
_____

Voluntary Petition for Individuals Filing for Bankruptcy

Debtor 1   Joel _____ Molina _____   Case number (if known)_____
          First Name   Middle Name   Last Name

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☑ I will pay the entire fee when I file my petition. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ I need to pay the fee in installments. If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes   District _____ When _____   Case number _____
                                          MM / DD / YYYY

District _____ When _____   Case number _____
                                          MM / DD / YYYY

District _____ When _____   Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes   Debtor _____   Relationship to you _____

District _____ When _____   Case number, if known_____
                                          MM / DD / YYYY

Debtor _____   Relationship to you _____

District _____ When _____   Case number if known_____
                                          MM / DD / YYY:

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No  Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Joel                    Molina                         Case number (*known*)_____
            First Name   Middle Name    Last Name

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No  Go to Part 4.

☐ Yes  Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U S C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?  _____
                        Number        Street

_____

_____
City                                    State        ZIP Code

Debtor 1    __Joel__    __Molina__    Case number (if known)_____
        First Name    Middle Name    Last Name

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court

Debtor 1    ___Joel___    ___Molina___        Case number (if known)_____
            First Name  Middle Name   Last Name

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☑ Yes

---

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

X _____           X _____
   Signature of Debtor 1                   Signature of Debtor 2

   Executed on _____                  Executed on _____
               MM  /  DD  / YYYY                       MM  /  DD  / YYYY

Debtor 1   Joel _____ Molina _____   Case number (if known) _____
            First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** /s/Ronald E. Harvey _____   Date _____
Signature of Attorney for Debtor                      MM  /  DD  / YYYY

Ronald E. Harvey _____
Printed name

Briones, Harvey & Trevino _____
Firm name

1912 Ridge Road _____
Number   Street

_____

Homewood _____   IL     60430
City                       State  ZIP Code

Contact phone (708) 799-3800 _____   Email address brioneslaw@sbcglobal.net

Bar number _____   State _____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joel | | Molina |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jessica | | Rodriguez |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the  Northern District of Illinois

Case number  _____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No  Go to Part 2.
☑ Yes. Where is the property?

1.1
235 Durham Dr.
Street address, if available, or other description

Steger      IL    60475
City        State  ZIP Code

Will
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$ 82,000.00 | $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2.
Street address, if available, or other description

City        State  ZIP Code

County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

Current value of the entire property? | Current value of the portion you own?
$ _____ | $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1    Joel                                    Molina                    Case number (if known)_____
           First Name    Middle Name    Last Name

1.3    _____    **What is the property?** Check all that apply.    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*
       Street address, if available, or other description
                                                   ☐ Single-family home
       _____            ☐ Duplex or multi-unit building
                                                   ☐ Condominium or cooperative    **Current value of the    Current value of the entire property?    portion you own?**
       _____            ☐ Manufactured or mobile home
                                                   ☐ Land                         $_____    $_____
                                                   ☐ Investment property
       _____            ☐ Timeshare    **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
       City          State    ZIP Code            ☐ Other _____

       _____    **Who has an interest in the property?** Check one
       County                                      ☐ Debtor 1 only
       _____            ☐ Debtor 2 only
                                                   ☐ Debtor 1 and Debtor 2 only    ☐ Check if this is community property
                                                   ☐ At least one of the debtors and another    (see instructions)

                                                   Other information you wish to add about this item, such as local property identification number: _____

2    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages    →    $         78,814.11
     you have attached for Part 1. Write that number here. ...................................................................

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*

3.    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
      ☑ No
      ☐ Yes

3.1    Make:    Pontiac    **Who has an interest in the property?** Check one    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*
       Model:   G6                ☐ Debtor 1 only
       Year:    2006              ☑ Debtor 2 only
       Approximate mileage: _____    ☐ Debtor 1 and Debtor 2 only    **Current value of the    Current value of the entire property?    portion you own?**
       Other information:         ☐ At least one of the debtors and another
       _____    ☐ Check if this is community property (see instructions)    $         700.00    $         700.00

If you own or have more than one, describe here:

3.2    Make:    Ford    **Who has an interest in the property?** Check one    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*
       Model:   Escape            ☑ Debtor 1 only
       Year:    2007              ☐ Debtor 2 only
       Approximate mileage _____    ☐ Debtor 1 and Debtor 2 only    **Current value of the    Current value of the entire property?    portion you own?**
       Other information:         ☐ At least one of the debtors and another
       _____    ☐ Check if this is community property (see instructions)    $         700.00    $         700.00

Debtor 1 ___Joel_____ ___Molina___
First Name  Middle Name  Last Name

Case number (if known)_____

| 3.3. | Make: _____ <br> Model: _____ <br> Year: _____ <br> Approximate mileage: _____ <br> Other information: <br> [_____] | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> Current value of the entire property? / Current value of the portion you own? <br><br> $_____ $_____ |

| 3.4. | Make: _____ <br> Model: _____ <br> Year: _____ <br> Approximate mileage: _____ <br> Other information: <br> [_____] | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> Current value of the entire property? / Current value of the portion you own? <br><br> $_____ $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

| 4.1. | Make: _____ <br> Model: _____ <br> Year: _____ <br> Other information: <br> [_____] | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> Current value of the entire property? / Current value of the portion you own? <br><br> $_____ $_____ |

If you own or have more than one, list here:

| 4.2. | Make: _____ <br> Model: _____ <br> Year: _____ <br> Other information: <br> [_____] | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> Current value of the entire property? / Current value of the portion you own? <br><br> $_____ $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...............................................  ...  ....... .. ...... ...  →  $_____

Debtor 1    Joel                              Molina                    Case number (if known) _____
            First Name    Middle Name    Last Name

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions

6   **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe. . .....    | bedroom furniture, living room furniture, dining room furniture |    $            500.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe....    | television |    $            50.00

8   **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe    ......    |   |    $

9   **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe..  .    |   |    $

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe. ......    | Wesson |    $            2,000.00

11  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. ......    | wearing apparel |    $            200.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe.....  . .    |   |    $

13  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.... . .    |   |    $

14  **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information. ...... ...    |   |    $

15  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here    .. ........................  ..   .......  ...   ........ ...   ........   ...............    →    $            2,750.00

Debtor 1    Joel          Molina        Case number *(if known)*_____

    First Name      Middle Name      Last Name

---

**Part 4:**    **Describe Your Financial Assets**

---

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

16 **Cash**

*Examples.* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes    .......    ....... .................   ...     .......... .    .......    ..........       Cash ............. .........   $ _____300.00__

17 **Deposits of money**

*Examples:* Checking, savings, or other financial accounts, certificates of deposit, shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each

☐ No

☑ Yes ................... .             Institution name.

| | | |
|---|---|---|
| 17.1. Checking account | Chase Bank of South Chicago Heights | $ _____300.00__ |
| 17 2. Checking account: | _____ | $ _____ |
| 17.3. Savings account. | _____ | $ _____ |
| 17.4. Savings account | _____ | $ _____ |
| 17.5 Certificates of deposit. | _____ | $ _____ |
| 17.6 Other financial account | _____ | $ _____ |
| 17.7. Other financial account | _____ | $ _____ |
| 17.8 Other financial account. | _____ | $ _____ |
| 17.9 Other financial account. | _____ | $ _____ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples.* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes.      .      Institution or issuer name·

| | |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes Give specific information about them ...... .. ..

| Name of entity. | % of ownership | |
|---|---|---|
| _____ | 0%   % | $ _____ |
| _____ | 0%   % | $ _____ |
| _____ | 0%   % | $ _____ |

Official Form 106A/B               Schedule A/B: Property               page 5

Debtor 1    Joel _____ Molina _____    Case number (if known)_____
        First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
   information about
   them    . . ..........:

| Issuer name: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes  List each
   account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $_____ |
| Pension plan | | $_____ |
| IRA: | | $_____ |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account | | $_____ |

22 **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes.    ........ ...

| Institution name or individual: | |
|---|---|
| Electric: | $_____ |
| Gas | $_____ |
| Heating oil: | $_____ |
| Security deposit on rental unit | $_____ |
| Prepaid rent: | $_____ |
| Telephone | $_____ |
| Water: | $_____ |
| Rented furniture: | $_____ |
| Other: | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.................

| Issuer name and description: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

Debtor 1   Joel _____ Molina _____
       First Name   Middle Name   Last Name

Case number (if known)_____

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ............... ............... Institution name and description. Separately file the records of any interests.11 U.S.C § 521(c).

_____   $_____
_____   $_____
_____   $_____

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

☑ No

☐ Yes. Give specific
information about them. .   $_____

26 Patents, copyrights, trademarks, trade secrets, and other intellectual property
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them ..   $_____

27 Licenses, franchises, and other general intangibles
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes  Give specific
information about them ..   $_____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. Tax refunds owed to you

☑ No

☐ Yes  Give specific information
about them, including whether
you already filed the returns
and the tax years. . . . . . . . . . . .

Federal   $_____
State   $_____
Local:   $_____

29. Family support
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information.    ........

Alimony   $_____
Maintenance.   $_____
Support   $_____
Divorce settlement   $_____
Property settlement.   $_____

30 Other amounts someone owes you
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information............  .
$_____

Debtor 1    Joel                    Molina                        Case number (if known)_____
            First Name    Middle Name        Last Name


31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance, health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company    Company name           Beneficiary                    Surrender or refund value
    of each policy and list its value .

                                    _____    _____    $_____

                                    _____    _____    $_____

                                    _____    _____    $_____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information..    [                                    ]    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. .........  ......    [                        ]    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ....... .    [                                    ]    $_____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information..... ....    [                                    ]    $_____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here  ... ....    ... .    .......... .    ..... .........    ..... ..    ... . ....    .......    → | $_____600.00 |


## Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

                                                            Current value of the
                                                            portion you own?
                                                            Do not deduct secured claims
                                                            or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe......    [                                    ]    $_____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe    [                                    ]    $_____

Debtor 1    Joel _____ Molina _____    Case number (if known)_____
       First Name    Middle Name    Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe    [                                                ]    $_____

**41. Inventory**

☐ No
☐ Yes. Describe......    [                                                ]    $_____

**42. Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe    Name of entity                          % of ownership

          _____    ____%    $_____
          _____    ____%    $_____
          _____    ____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes. Describe..    [                                        ]    $_____

**44. Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
    information . . .. ..    _____    $_____
                        _____    $_____
                        _____    $_____
                        _____    $_____
                        _____    $_____
                        _____    $_____

**45** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here .......... .............. .. ..... ................... .. ..... . . .......................  →    $_____

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7
☐ Yes. Go to line 47.

                                                 **Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes    ......    [                                        ]    $_____

Debtor 1    Joel _____ Molina _____    Case number (if known)_____
           First Name   Middle Name   Last Name

48 Crops—either growing or harvested

☐ No
☐ Yes  Give specific
       information                                                                    $_____

49 Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☐ No
☐ Yes  ... ... ... .                                                                  $_____

50. Farm and fishing supplies, chemicals, and feed

☐ No
☐ Yes ................                                                                $_____

51 Any farm- and commercial fishing-related property you did not already list

☐ No
☐ Yes  Give specific
       information.                                                                   $_____

52 Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
   for Part 6. Write that number here ......   ... ......   ...   ...   ..   ........   ... ...  →   $_____

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples: Season tickets, country club membership*

☑ No
☐ Yes  Give specific                                                                  $_____
       information.......                                                             $_____
                                                                                      $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here .  ...... .......... .....  →   $_____

---

## Part 8:    List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .......   .  . ... . ...... .......  ...  .  ..  .. ..   ....... . . ...  →   $____78,814.11____

56. Part 2: Total vehicles, line 5                          $____1,400.00____

57. Part 3: Total personal and household items, line 15     $____2,750.00____

58. Part 4: Total financial assets, line 36                 $____600.00____

59. Part 5: Total business-related property, line 45        $____0.00____

60. Part 6: Total farm- and fishing-related property, line 52  $____0.00____

61. Part 7: Total other property not listed, line 54      + $____0.00____

62. Total personal property. Add lines 56 through 61.  ... .. ... .  $____4,750.00____  Copy personal property total  →  + $____4,750.00____

63 Total of all property on Schedule A/B. Add line 55 + line 62.... . .   ................. .. ............................. .......   $____83,564.11____

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joel | | Molina |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jessica | | Rodriguez |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more
space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write
your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a
specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount
of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt
retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that
limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption
would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions  11 U S C  § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Cash on hand<br>Line from *Schedule A/B*: 16 | $ 300.00 | ☐ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Checking Account<br>Line from *Schedule A/B*: 17.1 | $ 300.00 | ☐ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Household Furniture<br>Line from *Schedule A/B*: 6-7 | $ 500.00 | ☐ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Debtor 1    Joel _____ Molina _____    Case number (if known) _____
            First Name    Middle Name    Last Name

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Wearing Apparel**<br>Line from *Schedule A/B*: 11 | $ 200.00 | ☐ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **Firearm**<br>Line from *Schedule A/B*: —— | $ 2,000.00 | ☐ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **2 autos**<br>Line from *Schedule A/B*: —— | $ 1,400.00 | ☐ $ 1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) |
| Brief description: **Home**<br>Line from *Schedule A/B*: —— | $ 78,814.00 | ☐ $ 30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 |
| Brief description: ____<br>Line from *Schedule A/B*: —— | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: —— | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: —— | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: —— | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: —— | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: —— | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: —— | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ____<br>Line from *Schedule A/B*: —— | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Joel | Molina |
| | First Name  Middle Name | Last Name |
| Debtor 2 | Jessica | Rodriguez |
| (Spouse, if filing) First Name  Middle Name | | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>if any |
|---|---|---|---|---|
| **2.1** US Bank Mortgage<br>Creditor's Name<br>P.O. Box 790415<br>Number  Street<br><br>St Louis  MO 63179<br>City  State  ZIP Code | Describe the property that secures the claim:<br>235 Durham Dr.<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 74,980.87 | $ | $ |
| Who owes the debt? Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ | Nature of lien. Check all that apply.<br>☑ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br>Last 4 digits of account number __ __ __ __ | | | |
| **2.2** US Bank Mortgage<br>Creditor's Name<br>P.O. Box 790415<br>Number  Street<br><br>St Louis  MO 63179<br>City  State  ZIP Code | Describe the property that secures the claim:<br>235 Durham Dr.<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,833.24 | $ | $ |
| Who owes the debt? Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ | Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br>Last 4 digits of account number 1 7 3 8 | | | |

Add the dollar value of your entries in Column A on this page. Write that number here: $ 78,814.11

Debtor 1    Joel _____ Molina _____    Case number (if known)_____
    First Name    Middle Name    Last Name

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.3** GM Financial

Creditor's Name

P.O. Box 78143

Number    Street

Phoenix               AZ   85062

City                State   ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:    $ 24,729.15  $_____  $_____

2016 Chevy

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number  3  0  8  4

---

Creditor's Name

Number    Street

City                State   ZIP Code

**Who owes the debt?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:   $_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number    Street

City                State   ZIP Code

**Who owes the debt?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:   $_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 24,729 15

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ 103,543 ²⁴

| Debtor 1 | Joel | Molina | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

| | | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|---|
| Name | | | Last 4 digits of account number ___ ___ ___ ___ |
| Number | Street | | |
| City | | State    ZIP Code | |

---

| | | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|---|
| Name | | | Last 4 digits of account number ___ ___ ___ ___ |
| Number | Street | | |
| City | | State    ZIP Code | |

---

| | | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|---|
| Name | | | Last 4 digits of account number ___ ___ ___ ___ |
| Number | Street | | |
| City | | State    ZIP Code | |

---

| | | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|---|
| Name | | | Last 4 digits of account number ___ ___ ___ ___ |
| Number | Street | | |
| City | | State    ZIP Code | |

---

| | | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|---|
| Name | | | Last 4 digits of account number ___ ___ ___ ___ |
| Number | Street | | |
| City | | State    ZIP Code | |

---

| | | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|---|
| Name | | | Last 4 digits of account number ___ ___ ___ ___ |
| Number | Street | | |
| City | | State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joel | | Molina |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jessica | | Rodriguez |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed In *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

Priority Creditor's Name

Number    Street

City    State    ZIP Code

Who incurred the debt? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

Number    Street

City    State    ZIP Code

Who incurred the debt? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 ___Joel_____Molina_____
        First Name   Middle Name   Last Name

Case number (if known)_____

### Part 1:   Your PRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City                State      ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

---

☐

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City                State      ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

---

☐

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City                State      ZIP Code

Who incurred the debt? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

Debtor 1    Joel
First Name    Middle Name    Last Name

Case number (if known)

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | | Total claim |
|---|---|---|---|---|---|

**4.1**

Chase Card Services
Nonpriority Creditor's Name

P.O. Box 1423
Number    Street

Charlotte    NC    28201
City    State    ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number  5  5  8  3

When was the debt incurred?

$ 1,925.00

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**4.2**

Chase Card Services
Nonpriority Creditor's Name

P.O. Box 1423
Number    Street

Charlotte    NC    28201
City    State    ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number  0  9  7  9

When was the debt incurred?

$ 242.60

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**4.3**

Kohls
Nonpriority Creditor's Name

P.O. Box 2983
Number    Street

Milwaukee    WI    53201
City    State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No

☐ Yes

Last 4 digits of account number  9  6  3  9

When was the debt incurred?

$ 423.52

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

Debtor 1    Joel
First Name    Middle Name    Last Name    Case number (if known)_____

## Part 2:    Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

| | |
|---|---|
| **Merrick Bank** | Last 4 digits of account number  5   6   2   5      $ 868.76 |
| Nonpriority Creditor's Name | |
| P.O. Box 660702 | When was the debt incurred?    _____ |
| Number    Street | |
| Dallas                       TX        75266 | As of the date you file, the claim is: Check all that apply. |
| City                          State     ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| Who incurred the debt? Check one. | ☐ Disputed |
| ☐ Debtor 1 only | |
| ☑ Debtor 2 only | Type of NONPRIORITY unsecured claim: |
| ☐ Debtor 1 and Debtor 2 only | ☐ Student loans |
| ☐ At least one of the debtors and another | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ Check if this claim is for a community debt | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| Is the claim subject to offset? | ☐ Other. Specify_____ |
| ☑ No | |
| ☐ Yes | |

| | |
|---|---|
| **Kreykes Electric** | Last 4 digits of account number  1   5   5   9      $ 329.00 |
| Nonpriority Creditor's Name | |
| 2152 Glenwood Dyer Rd. | When was the debt incurred?    _____ |
| Number    Street | |
| Lynwood                      IL        60411 | As of the date you file, the claim is: Check all that apply. |
| City                          State     ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| Who incurred the debt? Check one | ☐ Disputed |
| ☑ Debtor 1 only | |
| ☐ Debtor 2 only | Type of NONPRIORITY unsecured claim |
| ☐ Debtor 1 and Debtor 2 only | ☐ Student loans |
| ☐ At least one of the debtors and another | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ Check if this claim is for a community debt | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| Is the claim subject to offset? | ☐ Other. Specify_____ |
| ☑ No | |
| ☐ Yes | |

| | |
|---|---|
| **Wells Fargo Financial NB** | Last 4 digits of account number  9   2   7   8      $ 2,392.80 |
| Nonpriority Creditor's Name | |
| P.O. Box 77053 | When was the debt incurred?    _____ |
| Number    Street | |
| Minneapolis                  MN        55480 | As of the date you file, the claim is: Check all that apply. |
| City                          State     ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| Who incurred the debt? Check one | ☐ Disputed |
| ☑ Debtor 1 only | |
| ☐ Debtor 2 only | Type of NONPRIORITY unsecured claim: |
| ☐ Debtor 1 and Debtor 2 only | ☐ Student loans |
| ☐ At least one of the debtors and another | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ Check if this claim is for a community debt | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| Is the claim subject to offset? | ☐ Other. Specify_____ |
| ☑ No | |
| ☐ Yes | |

Debtor 1    Joel          Molina
         First Name   Middle Name   Last Name          Case number (if known) _____

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

### Anthony Lane
Nonpriory Creditor's Name

909 Cordoba Ct
Number      Street

University Park           IL      60466
City                    State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number __ __ __ __          $ 23,769.56

When was the debt incurred?   02/02/2014

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

### Cynthia Fair
Nonpriority Creditor's Name

1759 - 222nd Place
Number      Street

Sauk Village             IL      60411
City                    State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No

☐ Yes

Last 4 digits of account number __ __ __ __          $ 23,769.56

When was the debt incurred?   02/02/2014

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

### Anthony Fair
Nonpriority Creditor's Name

1759 - 222nd Place
Number      Street

Sauk Village             IL      60411
City                    State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No

☐ Yes

Last 4 digits of account number __ __ __ __          $ 23,769.56

When was the debt incurred?   02/02/2014

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

Debtor 1   Joel _____ Molina
           First Name   Middle Name   Last Name

Case number (if known)_____

### Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

| | |
|---|---|
| **Cynteell Fair** | Last 4 digits of account number __ __ __ __   $ 23,769.56 |
| Nonpriority Creditor's Name | |
| 1759 - 222nd Place | When was the debt incurred?   02/02/2014 |
| Number   Street | |
| Sauk Village   IL   60411 | As of the date you file, the claim is: Check all that apply |
| City   State   ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| Who incurred the debt? Check one. | ☐ Disputed |

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

---

| | |
|---|---|
| | Last 4 digits of account number __ __ __ __   $_____ |
| Nonpriority Creditor's Name | |
| | When was the debt incurred?   _____ |
| Number   Street | |
| | As of the date you file, the claim is: Check all that apply |
| City   State   ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| Who incurred the debt? Check one | ☐ Disputed |

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

---

| | |
|---|---|
| | Last 4 digits of account number __ __ __ __   $_____ |
| Nonpriority Creditor's Name | |
| | When was the debt incurred?   _____ |
| Number   Street | |
| | As of the date you file, the claim is: Check all that apply |
| City   State   ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| Who incurred the debt? Check one. | ☐ Disputed |

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Debtor 1    Joel
_____    Case number *(if known)*_____
First Name    Middle Name    Last Name

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Name _____ | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number    Street | Line ____ of  *(Check one)*  ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name _____ | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number    Street | Line ____ of  *(Check one)*  ❑ Part 1 Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name _____ | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number    Street | Line ____ of  *(Check one)*  ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name _____ | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number    Street | Line ____ of  *(Check one)*  ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2 Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name _____ | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number    Street | Line ____ of  *(Check one)*  ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2 Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name _____ | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number    Street | Line ____ of  *(Check one)*  ❑ Part 1: Creditors with Priority Unsecured Claims<br>❑ Part 2: Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name _____ | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number    Street | Line ____ of  *(Check one)*  ❑ Part 1 Creditors with Priority Unsecured Claims<br>❑ Part 2 Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number __ __ __ __ |

Debtor 1    Joel

First Name    Middle Name    Last Name    Case number (if known)_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

Total claim

Total claims from Part 1

6a. Domestic support obligations                                  6a.    $                    0.00

6b. Taxes and certain other debts you owe the government          6b.    $                    0.00

6c. Claims for death or personal injury while you were intoxicated 6c.    $                    0.00

6d. Other. Add all other priority unsecured claims. Write that amount here.  6d.   + $                 0.00

6e. Total. Add lines 6a through 6d.                               6e.    $                    0.00

Total claim

Total claims from Part 2

6f. Student loans                                                6f.    $                    0.00

6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims   6g.    $                    0.00

6h. Debts to pension or profit-sharing plans, and other similar debts   6h.    $                    0.00

6i. Other. Add all other nonpriority unsecured claims. Write that amount here    6i.   + $            101,259.92

6j. Total. Add lines 6f through 6i.                              6j.    $            101,259.92

**Fill in this information to identify your case:**

| Debtor | Joel | | Molina |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jessica | | Rodriguez |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules  You have nothing else to report on this form
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

Person or company with whom you have the contract or lease          State what the contract or lease is for

2.1

| Name | | | |
|---|---|---|---|
| Number | Street | | |
| City | | State | ZIP Code |

2.2

| Name | | | |
|---|---|---|---|
| Number | Street | | |
| City | | State | ZIP Code |

2.3

| Name | | | |
|---|---|---|---|
| Number | Street | | |
| City | | State | ZIP Code |

2.4

| Name | | | |
|---|---|---|---|
| Number | Street | | |
| City | | State | ZIP Code |

2.5

| Name | | | |
|---|---|---|---|
| Number | Street | | |
| City | | State | ZIP Code |

Debtor 1    Joel _____ _____ Molina _____        Case number (if known)_____
            First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

Person or company with whom you have the contract or lease        What the contract or lease is for

22
_____
Name

_____
Number        Street

_____
City                State    ZIP Code

2._
_____
Name

_____
Number        Street

_____
City                State    ZIP Code

2._
_____
Name

_____
Number        Street

_____
City                State    ZIP Code

2._
_____
Name

_____
Number        Street

_____
City                State    ZIP Code

2._
_____
Name

_____
Number        Street

_____
City                State    ZIP Code

2._
_____
Name

_____
Number        Street

_____
City                State    ZIP Code

2._
_____
Name

_____
Number        Street

_____
City                State    ZIP Code

2._
_____
Name

_____
Number        Street

_____
City                State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1 ___Joel___ . _____ ___Molina___
First Name        Middle Name        Last Name

Debtor 2 ___Jessica___ _____ ___Rodriquez___
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number    Street

      _____
      City              State         ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

**3.1**
Name _____

Number  Street _____

City              State         ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**
Name _____

Number  Street _____

City              State         ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**
Name _____

Number  Street _____

City              State         ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    Joel _____ Molina _____    Case number (if known)_____

First Name    Middle Name    Last Name

| **Additional Page to List More Codebtors** |

**Column 1: Your codebtor**    **Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

3 _

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street
☐ Schedule G, line _____

City    State    ZIP Code

3 _

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street
☐ Schedule G, line _____

City    State    ZIP Code

3 _

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street
☐ Schedule G, line _____

City    State    ZIP Code

3 _

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street
☐ Schedule G, line _____

City    State    ZIP Code

3 _

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street
☐ Schedule G, line _____

City    State    ZIP Code

3 _

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street
☐ Schedule G, line _____

City    State    ZIP Code

3 _

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street
☐ Schedule G, line _____

City    State    ZIP Code

3 _

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street
☐ Schedule G, line _____

City    State    ZIP Code

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Joel | Molina |
| | First Name        Middle Name | Last Name |
| Debtor 2 | Jessica | Rodriguez |
| (Spouse, if filing) First Name | Middle Name | Last Name |

United States Bankruptcy Court for the   Northern District of Illinois

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work

   Occupation may include student or homemaker, if it applies

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | Customer Service | |
| Employer's name | | NFI | |
| Employer's address | | 23534 S. Central Ave.<br>Number   Street | Number   Street |
| | | University Park   IL   60484<br>City       State   ZIP Code | City       State   ZIP Code |
| How long employed there? | | 7 months | 7 months |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,363.69 | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $_____ | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4 | $ 2,363.69 | $_____ |

Debtor 1    Joel                Molina        Case number *(if known)*_____
        First Name   Middle Name   Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................ → 4. | | $ 2,363.69 | $_____ |

5 List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 291.98 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c Voluntary contributions for retirement plans | 5c | $_____ | $_____ |
| 5d Required repayments of retirement fund loans | 5d | $_____ | $_____ |
| 5e Insurance | 5e. | $ 85.31 | $_____ |
| 5f. Domestic support obligations | 5f | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | + $_____ | + $_____ |
| 6 Add the payroll deductions Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6 | $ 377.29 | $_____ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,986.40 | $_____ |

8 List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $_____    $_____

| | | | |
|---|---|---|---|
| 8b. Interest and dividends | 8b. | $_____ | $_____ |

8c Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c    $_____    $_____

| | | | |
|---|---|---|---|
| 8d. Unemployment compensation | 8d. | $_____ | $_____ |
| 8e. Social Security | 8e. | $_____ | $_____ |

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f    $_____    $_____

| | | | |
|---|---|---|---|
| 8g. Pension or retirement income | 8g | $_____ | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h | + $_____ | + $_____ |
| 9 Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 1,986.40 + $ 0.00 = $ 1,986.40

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12    $ 1,986.40

Combined monthly income

13 Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joel | | Molina |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jessica | | Rodriguez |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

Check if this is

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date.

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1  Is this a joint case?

☐ No.  Go to line 2.
☑ Yes  Does Debtor 2 live in a separate household?

☑ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names

☐ No
☑ Yes  Fill out this information for each dependent . . . . . . . . . .

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 5 | ☐ No ☑ Yes |
| daughter | 4 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3  Do your expenses include expenses of people other than yourself and your dependents?

☑ No
☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | | 4. | $ 760.00 |
| If not included in line 4: | | | |
| 4a  Real estate taxes | | 4a. | $ |
| 4b  Property, homeowner's, or renter's insurance | | 4b. | $ |
| 4c  Home maintenance, repair, and upkeep expenses | | 4c | $ 100.00 |
| 4d  Homeowner's association or condominium dues | | 4d. | $ |

Debtor 1    Joel _____    Molina _____    Case number (if known) _____
           First Name    Middle Name    Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | | 5 | $ _____ |
| 6. Utilities: | | | |
| 6a. Electricity, heat, natural gas | | 6a | $ _____ 150.00 |
| 6b. Water, sewer, garbage collection | | 6b | $ _____ 40.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | | 6c | $ _____ 60.00 |
| 6d. Other. Specify _____ | | 6d. | $ _____ |
| 7. Food and housekeeping supplies | | 7 | $ _____ 500.00 |
| 8. Childcare and children's education costs | | 8 | $ _____ |
| 9. Clothing, laundry, and dry cleaning | | 9. | $ _____ 100.00 |
| 10. Personal care products and services | | 10. | $ _____ |
| 11. Medical and dental expenses | | 11 | $ _____ 100.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ _____ 220.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | | 13 | $ _____ |
| 14. Charitable contributions and religious donations | | 14 | $ _____ |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. Life insurance | | 15a | $ _____ |
| 15b. Health insurance | | 15b | $ _____ |
| 15c. Vehicle insurance | | 15c. | $ _____ 105.00 |
| 15d. Other insurance. Specify _____ | | 15d | $ _____ |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. | $ _____ |
| 17. Installment or lease payments: | | | |
| 17a. Car payments for Vehicle 1 | | 17a | $ _____ 586.50 |
| 17b. Car payments for Vehicle 2 | | 17b | $ _____ |
| 17c. Other. Specify: _____ | | 17c | $ _____ |
| 17d. Other. Specify: _____ | | 17d | $ _____ |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | | 18. | $ _____ |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | | 19 | $ _____ |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | | |
| 20a. Mortgages on other property | | 20a | $ _____ |
| 20b. Real estate taxes | | 20b | $ _____ |
| 20c. Property, homeowner's, or renter's insurance | | 20c. | $ _____ |
| 20d. Maintenance, repair, and upkeep expenses | | 20d. | $ _____ |
| 20e. Homeowner's association or condominium dues | | 20e | $ _____ |

Debtor 1   Joel _____ Molina _____   Case number _(if known)_ _____
         First Name   Middle Name   Last Name

21. Other  Specify _____   21.  +$ _____

22. Calculate your monthly expenses.

    22a. Add lines 4 through 21                                                22a.  $ 2721 $\frac{50}{}$

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $ _____

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c.  $ 2721 50

23. Calculate your monthly net income.

    23a. Copy line 12 (your combined monthly income) from Schedule I.        23a.  $ 1986 $\frac{40}{}$

    23b. Copy your monthly expenses from line 22c above.                     23b.  –$ 2721 $\frac{50}{}$

    23c. Subtract your monthly expenses from your monthly income
         The result is your monthly net income.                             23c.  $ 735 $\frac{10}{}$

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ❑ No.

    ❑ Yes   Explain here

**Fill in this information to identify your case:**

Debtor 1    Joel _____ Molina
            First Name    Middle Name    Last Name

Debtor 2    Jessica _____ Rodriguez
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the    Northern District of Illinois

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach Bankruptcy Petition Preparer's Notice, Declaration, and
Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
Signature of Debtor 1    Signature of Debtor 2

Date _____    Date _____
MM / DD / YYYY    MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1   Joel _____ Molina _____
　　　　　First Name　　Middle Name　　Last Name

Debtor 2   Jessica _____ Rodriguez _____
(Spouse if filing) First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:　Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ Not married. Fill out Column A, lines 2-11

   ☑ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

   ☐ Married and your spouse is NOT filing with you. You and your spouse are:

   　☐ Living in the same household and are not legally separated. Fill out both Columns A and B, lines 2-11.

   　☐ Living separately or are legally separated. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2 | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 2,363.69 | $_____ |
| 3 | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in | $_____ | $_____ |
| 4 | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $_____ | $_____ |

5. Net income from operating a business, profession, or farm

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here → | $_____ | $_____ |

6. Net income from rental and other real property

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here → | $_____ | $_____ |

| 7 | Interest, dividends, and royalties | $_____ | $_____ |
|---|---|---|---|

Debtor 1   Joel _____ Molina _____   Case number (if known)_____
      First Name   Middle Name   Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____ | $_____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act  Instead, list it here  ↓ | | |
|    For you. ..  .......  .  ... .....  .  ...... . ......    $_____ | | |
|    For your spouse.... .  ..................................  .  $_____ | | |
| 9   **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____ | $_____ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
|    _____ | $_____ | $_____ |
|    _____ | $_____ | $_____ |
|    Total amounts from separate pages, if any. | + $_____ | + $_____ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B | $ 2,363.69 + | $ 0.00 = | $ 2,363.69<br>Total current<br>monthly income |

## Part 2:  Determine Whether the Means Test Applies to You

12  **Calculate your current monthly income for the year.** Follow these steps:

  12a    Copy your total current monthly income from line 11 .    ... ....  .    ..................... .. . ..Copy line 11 here→    $ 2,363.69

       Multiply by 12 (the number of months in a year).    x 12

  12b.    The result is your annual income for this part of the form.    12b.    $ 28,364.28

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    | IL |

    Fill in the number of people in your household.    | 4 |

    Fill in the median family income for your state and size of household. ..    .......    ......... .. ...... ... ...    ... .13.    $ 81,175.00

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office

14. **How do the lines compare?**

  14a  ▣  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3

  14b  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2* Go to Part 3 and fill out Form 122A-2.

## Part 3:  Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct

✗ _Joel Molina_____    ✗ _Jessica Rodriguez_____
   Signature of Debtor 1       Signature of Debtor 2

Date _____    Date _____
     MM / DD  / YYYY         MM / DD  / YYYY

    If you checked line 14a, do NOT fill out or file Form 122A-2.

    If you checked line 14b, fill out Form 122A-2 and file it with this form.